IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD HILL,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 13-cv-307-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Gerald Hill's motion to proceed on appeal *in forma pauperis* (Doc. 36). Hill does not need the Court's permission to proceed on appeal *in forma pauperis* because the Court determined at the trial level that he was permitted to proceed *in forma pauperis*. "A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization" unless the district court certifies or a statute provides otherwise. Fed. R. App. P. 24(a)(3). The Court has not and will not certify that Hill should not be allowed to continue as a pauper, and no statute forbids it. Therefore, Hill already has the authorization he needs, and the motion for leave to appeal *in forma pauperis* (Doc. 36) is **DENIED as moot.**

**IT IS SO ORDERED.**

**DATED:** February 27, 2014

                                                                s/ J. Phil Gilbert
                                                                **J. PHIL GILBERT**
                                                                **DISTRICT JUDGE**